408 A.2d 1097

**James P. TRUNZO, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 21, 1979.

Edmund J. Scacchitti, Scranton, for appellant.

Robert A. Greevy, Deputy Atty. Gen., Dauphin Co., for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION

PER CURIAM:

Order affirmed.

MANDERINO, J., did not participate in the decision of this case.